UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE L. LAFAYETTE,<br>        Plaintiff,<br>   v.<br>WARDEN,<br>        Defendant. | Case No. 21-cv-04995-JCS (PR)<br><br>**ORDER OF DISMISSAL** |

In response to a letter sent by plaintiff, the Clerk of the Court opened a federal civil rights action. Plaintiff since has sent the Court a letter in which states he never meant to initiate a civil rights suit, but rather to initiate a habeas action. (Dkt. No. 6.) Because plaintiff never intended to initiate a civil rights action, the Court will grant his request to voluntarily dismiss this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This action is DISMISSED. The Clerk shall close the file. No filing fee is due.

**IT IS SO ORDERED.**

**Dated:** August 10, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge